


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DENZAL STEWART,<br>LAMAR TAYLOR. and<br>DARION LINDSEY | No. **1:21-cr-00105**<br><br>Violation: Title 18, United States Code, Sections 844(f)(1) and 2<br><br>**Judge John Z. Lee**<br>**Magistrate Judge Beth W. Jantz** |

The SPECIAL JANUARY 2020 GRAND JURY charges:

On or about May 30, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

DENZAL STEWART,
LAMAR TAYLOR, and
DARION LINDSEY,

defendants herein, maliciously damaged and destroyed and attempted to damage and destroy, by means of fire, a Chicago Transit Authority vehicle numbered 602, which was in whole or in part owned or possessed by, or leased to, an institution or organization receiving Federal financial assistance;

In violation of Title 18, United States Code, Sections 844(f)(1) and 2.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY