Dear Judge                                      03/11/2021

My Name is Henrietta Zeigler and I would like to speak on the behalf of My Boyfriend Denzal Stewart Let me start off by saying that he is not a threat to the community Because the only thing that He Has been focusing on is His music and taking care of His family He been turning His Life around by inviting some of the younger kids to Listen to His music and Helping to inspire them into making there own music He Has Made and recorded almost 10 songs since He been Released almost 2 years ago and Since then He Has not been in trouble Since that is no place anyone would want to be At but I Hope you can find it in your Heart and it would mean a lot to me and Him if you can Help Him by giving him bond or dismiss the case against Him Have a wonderful day and thankyou.

— Henrietta Zeigler
(773) 993-2002

Dear Judge                                    03/09/2021

My name is Shanae flowers and I am one of Denzal Stewart's close friend and I can personally say that He Has been doing so much better since He came Home He Has Had 3 Jobs and Has a child on the way with my best friend Henrietta Zeigler I know He Has done some bad things in His past but He done His time and changed His whole Life around He Hasn't Been in Any kind of trouble with the Law or anything and We Just want Him Home so He can participate in the birth of His Son and continue to take care of His daughter Im praying you find in His favor that he is innocent Because He needs to be at home so He can raise His kids they need Him more then anything on this earth.

— Shanae flowers
(773) 563-3639

Dear Judge            03/06/2021

My name is Phil Phillips and I am one of Denzal Stewart's step-uncle's and I can say that He is a young Man out Here trying to persue His dream in being a male rapper I can Say for a fact that He Has Changed His LIfe for the better and I am so proud of Him for that and I want to continue to watch Him grow as a Man and become a family man and Keep pushing to Reach His goals and dreams if you can find it in His favor to Help Him aceomplish His dreams I would be very greatful and most apprecicated I only want to see whats best for Him and watch Him Shine and I will make sure He stays out of trouble because being in there is not a good place for no one and He is not a threat to the community nor is He a flight risk.

— Phil Phillips
(312)-508-2847



**ROSELAND CHRISTIAN MINISTRIES**

To Whom It May Concern:

I'm writing on behalf of Denzal Stewart. I've known Denzal since he was a child. I've seen him grow up. What I know of him is that he has helped to serve his community and his church. He has helped at Summer Camp with our young people and has helped in any way asked of him, including helping fix cars of community members in need. I believe he is a productive member of society and not a threat to the community. More so, he has the potential to be a great asset to the community.

Thank you for considering this.

Grace and Peace,

Pastor Joe Huizenga
Roseland Christian Ministries
10858 S. Michigan Ave.
Chicago, Il

773.264.5665 | roselandchristianministries.org
10858 S. Michigan Ave | Chicago, IL 60628

Lisa Cunningham
Lisacup4@gmail.com
312-978-4127

3/12/2021

To Whom It May Concern

I have known Denzal Stewart for a year and some months and he is the father of our unborn child we are expecting together and a good boyfriend and stepfather to my kids and a good father to his kids. Denzal stewart is not a danger to the community and he are doing positive things, which are his music that he working on everyday and working on getting a job and getting his life together. I know he is a good person because he always helping others out and making sure he taking good care of his grandmother and his mother and I been with him everyday and he not a danger to the community or anybody, I work with children and have a degree if I feel like he was danger I wouldn't be with him, so Denzal is a good person and have a positive mind and goals to be successful and life and focusing on his life and being a good father to his kids and my kids and our unborn child we are expecting together, am helping him go back to school and further his education like I am so he will continue doing positive things and life and staying out of trouble and Denzal Stewart isnt a danger to community,

SINCERELY,

LISA CUNNINGHAM