Inmate Name: STEWART, DENZAL  Reg #: 31395-509
Date of Birth: 0█/██/1996  Sex: M  Race: BLACK  Facility: CCC
Encounter Date: 03/15/2021 10:46  Provider: Mohan, Brij MD, Clinical  Unit: C01

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|

## ASSESSMENT:

Asthma, J45909 - Current

Coronavirus COVID-19 test negative, Z03818-c19 - Current - *Rapid COVID-19 test Negative on 2/24/21; Quest negative on 3/10/*

Quarantine - asymptomatic person in quarantine, Z0489-q - Resolved - *Rapid COVID-19 test Negative on 2/24/21; Quest negativ 3/10/21.*

## PLAN:

### New Medication Orders:

| Rx# | Medication | | Order Date |
|-----|------------|--|------------|
| | Albuterol Inhaler HFA ) 90 MCG/ACT | | 03/15/2021 10:46 |
| | **Prescriber Order:** 2 puffs Orally - Two Times a Day PRN x 365 day(s) | | |
| | Indication: Asthma | | |

### New Radiology Request Orders:

| Details | Frequency | End Date | Due Date | Priority |
|---------|-----------|----------|----------|----------|
| General Radiology-Chest-PA/Lateral | One Time | | 03/31/2021 | Routine |
| Specific reason(s) for request (Complaints and findings): | | | | |
| Asthma. Baseline. | | | | |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|----------|----------------|-------------------|
| Chronic Care Visit | 03/15/2022 00:00 | Physician 01 |
| CCC: Asthma. | | |

### Disposition:

Follow-up at Chronic Care Clinic as Needed
Will Be Placed on Callout
Discharged to Housing Unit-No Restrictions
Discharged to Work with No Restrictions
Follow-up in 1 Year

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 03/15/2021 | Counseling | Hand & Respiratory Hygiene | Mohan, Brij | Verbalizes Understanding |
| 03/15/2021 | Counseling | Access to Care | Mohan, Brij | Verbalizes Understanding |
| 03/15/2021 | Counseling | Diet | Mohan, Brij | Verbalizes Understanding |
| 03/15/2021 | Counseling | Exercise | Mohan, Brij | Verbalizes Understanding |

**Copay Required:** No  **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Mohan, Brij MD, Clinical Director on 03/15/2021 11:18

# Bureau of Prisons
## Health Services
## Dental Health History Screen

| | | |
|---|---|---|
| Inmate Name: STEWART, DENZAL | Sex: M  Race: BLACK | Reg #: 31395-509 |
| Date of Birth: ███/1996 | Provider: Martino, Ivan DDS, | Facility: CCC |
| Encounter Date: 04/20/2021 08:23 | | Unit: C03 |

## ASSESSMENTS:

**Health Problems as of Dental Health History Encounter date:** 04/20/2021 08:23

**Health Problems**

| Health Problem | Status |
|---|---|
| Bacterial infection, unspecified | Current |
|    strep throat | |
| Asthma | Current |
| Pain, unspecified | Current |
|    sore throat | |
| Coronavirus COVID-19 test negative | Current |
|    Rapid COVID-19 test Negative on 2/24/21; Quest negative on 3/10/21. | |
| Quarantine - asymptomatic person in quarantine | Resolved |
|    Rapid COVID-19 test Negative on 2/24/21; Quest negative on 3/10/21. | |

**Medical History as of Dental Health History Encounter date:** 04/20/2021 08:23

**Medical History:**

**Allergies:**

| Allergy | Reaction | Date Noted |
|---|---|---|
| Shellfish-derived Products | Intolerance-other | 02/24/2021 |

**Seizures:** Denied

**Diabetes:** Denied

**Cardiovascular:** Denied

**CVA:** Denied

**Hypertension:** Denied

**Respiratory:**

  Age of Onset:

  Hx of Asthma: Yes

  Hx of Emphysema: No

  Hx of COPD: No

  Comments: On Albuterol PRN. Last used was one year ago. Not on steroid inhaler. Exercise induced.

**Sickle Cell Anemia:** Denied

**Carcinoma/Lymphoma:** Denied

**HIV History:** Denied

**Hepatitis:** Denied