

FILED
8/9/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE LEE
MAGISTRATE JUDGE JANTZ

| UNITED STATES OF AMERICA | No. 21 CR 105 |
|---|---|
| v. | Violations: Title 18, United States Code, Sections 371 and 231(a)(3) |
| DENZAL STEWART | Superseding Information |

## COUNT ONE

The UNITED STATES ATTORNEY charges:

1. On May 30, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

DENZAL STEWART,

defendant herein, did conspire with Lamar Taylor, and with others known and unknown, to maliciously damage and destroy and attempt to damage and destroy, by means of fire, a Chicago Transit Authority vehicle, which was in whole and in part owned and possessed by, and leased to, an institution and organization receiving federal financial assistance, in violation of Title 18, United States Code, Sections 844(f)(1) and 2.

2. It was part of the conspiracy that defendant DENZAL STEWART, co-conspirator Lamar Taylor, and others known and unknown agreed to damage and destroy and attempt to damage and destroy a Chicago Transit Authority vehicle by means of fire.

3. It was further part of the conspiracy that defendant DENZAL STEWART, co-conspirator Lamar Taylor, and others known and unknown obtained, possessed, and used a lighter, in connection with setting the fire to the Chicago Transit Authority vehicle.

4. It was further part of the conspiracy that defendant DENZAL STEWART, co-conspirator Lamar Taylor, and others known and unknown accelerated the fire by adding flammable material to the fire.

5. It was further part of the conspiracy that defendant DENZAL STEWART, co-conspirator Lamar Taylor, and others known and unknown did conceal and hide, and cause to be concealed and hidden, the purposes of acts done in furtherance of the conspiracy.

## OVERT ACTS

6. In furtherance of the conspiracy and to accomplish the objectives of the conspiracy, defendants committed one or more overt acts in the Northern District of Illinois, and elsewhere, which overt acts included but were not limited to the following:

   (a) On or before May 30, 2020, defendant DENZAL STEWART and co-conspirator Lamar Taylor obtained black ski masks;

   (b) On or about May 30, 2020, in Chicago, defendant DENZAL STEWART and co-conspirator Lamar Taylor traveled in a car to the downtown Chicago area;

(c) On or about May 30, 2020, in Chicago, defendant DENZAL STEWART used a lighter and attempted to and did set fire to papers and cardboard inside the Chicago Transit Authority van;

(d) On or about May 30, 2020, in Chicago, defendant DENZAL STEWART used a lighter and attempted to and did set fire to a blanket and tarp inside the Chicago Transit Authority van;

(e) On or about May 30, 2020, in Chicago, co-conspirator Lamar Taylor entered the front seat of the Chicago Transit Authority van;

(f) On or about May 30, 2020, in Chicago, co-conspirator Lamar Taylor used a lighter and attempted to and did set fire to an item inside the Chicago Transit Authority van;

(g) On or about May 30, 2020, in Chicago, co-conspirator Lamar Taylor got out of the Chicago Transit Authority van and ran around the van, closing all the doors; and

(h) On or about May 30, 2020, in Chicago, defendant DENZAL STEWART, in an attempt to accelerate the fire, threw a cardboard box into the Chicago Transit Authority van.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

The UNITED STATES ATTORNEY further charges:

On or about May 30, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

DENZAL STEWART,

defendant herein, did knowingly and intentionally commit an act to obstruct, impede, and interfere with a fireman and law enforcement officer lawfully engaged in the lawful performance of official duties incident to and during the commission of a civil disorder which obstructed, delayed, and adversely affected commerce and the movement of an article and commodity in commerce;

In violation of Title 18, United States Code, Section 231(a)(3).


*John R. Lausch, Jr.* by SME
UNITED STATES ATTORNEY